[No. 18777–5–I.   Division One.   October 5, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. EVERETT LEE JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86–1–00451–0, Anne L. Ellington, J., entered June 30, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Williams, J., and Schumacher, J. Pro Tem. Now published at 50 Wn. App. 170.

[No. 18039–8–I.   Division One.   October 5, 1987.]

KENNETH A. ENTWHISTLE, *Appellant*, v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–2–02040–5, Dennis J. Britt, J., entered February 3, 1986. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Andersen and Dolliver, JJ. Pro Tem.

[No. 17491–6–I.   Division One.   October 5, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY DEWAYNE SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85–1–00481–3, Arthur E. Piehler, J., entered December 10, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Webster, JJ.